Generated: Feb 16, 2024 3:57PM

Page 1/1



# U.S. District Court

## Florida Southern - West Palm Beach

James Szmidt

Receipt Date: Feb 16, 2024 3:57PM

Rcpt. No: 8762　　　　Trans. Date: Feb 16, 2024 3:57PM　　　　Cashier ID: #NC

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CC | Credit Card | | $405.00 |
| | | Total Due Prior to Payment: | $405.00 |
| | | Total Tendered: | $405.00 |
| | | Total Cash Received: | $0.00 |
| | | Cash Change Amount: | $0.00 |

**Comments:** New civil case 24-cv-60270

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.