AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

James Szmidt
_____
Plaintiff(s)

v.

Amazon et al
_____
Defendant(s)

Civil Action No. 24-cv-60270

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Amazon.com Inc.
410 Terry Ave N,
Seattle 98109, WA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James Szmidt
324 Richmond C
Deerfield Beach, FL 33442

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Date: FEB 20 2024

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

James Szmidt
_____
Plaintiff(s)

v.

Joseph Stern
_____
Defendant(s)

Civil Action No. 24-cv-60270

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Joseph Stern
38 N. Myrtle Ave
Unit 303
Spring Valley, NY 10977

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James Szmidt
324 Richmond C
Deerfield Beach, FL 33442

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Date: FEB 20 2024

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

James Szmidt
_Plaintiff(s)_

v.

Civil Action No. 24-cv-60270

Amazon et al
_Defendant(s)_

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Federal Trade Commission
Consumer Response Center
Federal Trade Commission
600 Pennsylvania Ave
Washington DC 20580

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James Szmidt
324 Richmond C
Deerfield Beach, FL 33442

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: FEB 2 0 2024

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

James Szmidt
_____
Plaintiff(s)

v.

Amazon et al
_____
Defendant(s)

Civil Action No. 24-cv-60270

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Internal Revenue Service
51 SW 1st Ave
Miami, FL 33130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
James Szmidt
324 Richmond C
Deerfield Beach, FL 33442

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: FEB 2 0 2024



_Signature of Clerk or Deputy Clerk_